**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Crim No.   06-78-P-S |
| ) | |
| **CLAUDENIR BRAIANI,** ) | |
| ) | |
| **Defendant** ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 27) filed January 2, 2007, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the Defendant's Motion to Suppress Statements and Evidence (Docket No. 19) be deemed MOOT relating to evidence seized from vehicles and be otherwise DENIED.

 /s/ George Z. Singal
Chief United States District Judge

Dated this 1st day of February, 2007.